IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARAH VAUGHAN, ANTHONY DAVIS, and JENNIFER RIVAS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KUROSHIO, INC., KUROSHIO II, INC., and KHOA NGUYEN,<br><br>　　　　Defendants. | Civil Action No. 1:15-cv-2067-SCJ |

## ORDER

This civil action is before the Court on the parties' consent motion to stay proceedings pending settlement [Doc. No. 13], which is hereby **GRANTED.** It is further **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within one hundred twenty (120) days, to reopen the action if settlement is not consummated. The Clerk is directed to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within one hundred twenty (120) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED,** this __8th__ day of September, 2015.

                                                    s/Steve C. Jones
                                                STEVE C. JONES
                                                UNITED STATES DISTRICT JUDGE